No. 734. REYNOLDS v. UNITED STATES. April 2, 1934. Petition for writ of certiorari to the Court of Claims granted. *Mr. Francis W. Hill, Jr.,* for petitioner. *Solicitor General Biggs* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.

No. 831. LYNCH ET AL. v. NEW YORK EX REL. PIERSON. April 2, 1934. Petition for writ of certiorari to the Supreme Court of New York granted. *Mr. Henry Epstein* for petitioners. *Mr. Charles W. Pierson* for respondent.

No. 834. UNITED STATES v. CREEK NATION. April 9, 1934. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Biggs* for the United States. *Messrs. E. J. Van Court* and *Paul M. Niebell* for respondent.

No. 873. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. NEW YORK TRUST CO., TRUSTEE; and

No. 899. NEW YORK TRUST CO., TRUSTEE, v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 9, 1934. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biggs* for the Commissioner of Internal Revenue. *Messrs. J. Du Pratt White* and *Chauncey Newlin* for New York Trust Co., Trustee.

No. 855. LYNCH v. UNITED STATES. April 9, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Arthur E. Fixel, Rowland W. Fixel, M. F. Barbour,* and *John J. McCreary* for petitioner. *Solicitor General Biggs* for the United States.